UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. CR 01-00078 DAE** |
| | ) | |
| Plaintiff, | ) | **STIPULATION PERMITTING** |
| | ) | **TRAVEL OUTSIDE DISTRICT;** |
| vs. | ) | **ORDER** |
| | ) | |
| GARY W. RODRIGUES, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States

Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer,

for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant

Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of a family

vacation, from the District of Hawaii to Bend, Oregon (District of Oregon) from March 7

through March 26, 2006, returning to the District of Hawaii on March 26, 2006. While in

Oregon, Mr. Rodrigues will be staying at 18045 Skyliners Road, Bend, OR. Mr. Rodrigues' cell

number, where he can be reached is (808) 348-0200.

Dated: February 28, 2006          By:  __/s/ Florence Nakakuni_____
                                        FLORENCE T. NAKAKUNI
                                        Assistant United States Attorney
                                        PJKK Federal Building & Courthouse
                                        300 Ala Moana Blvd., Room 6-100
                                        Honolulu, HI   96850-4978

Dated:  February 28, 2006

     /s/ Doron Weinberg
DORON WEINBERG (CA SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone:   (415)  431-3472
Facsimile:     (415)  552-2703
Attorneys for Defendant
GARY W. RODRIGUES

Dated: February 28, 2006

     /s/ Julie Wall
JULIE WALL, Pretrial Services Officer
UNITED STATES PRETRIAL SERVICES

**IT IS SO ORDERED:**

Dated at Honolulu, Hawaii, March 1, 2006.



_____
David Alan Ezra
United States District Judge

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

2