UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARY W. RODRIGUES, et. al., )<br>)<br>Defendants. )<br>_____) | No. CR 01-00078 DAE<br><br>**STIPULATION PERMITTING**<br>**TRAVEL OUTSIDE DISTRICT;**<br>**ORDER** |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of a family vacation, from the District of Hawaii to Bend, Oregon (District of Oregon) from July 31 through August 30, 2006, returning to the District of Hawaii on August 30, 2006. While in Oregon, Mr. Rodrigues will be staying at 18045 Skyliners Road, Bend, OR. Mr. Rodrigues' cell number, where he can be reached is (808) 348-0200.

Dated: July 19, 2006            By:   /s/ Florence Nakakuni
                                       FLORENCE T. NAKAKUNI
                                       Assistant United States Attorney
                                       PJKK Federal Building & Courthouse
                                       300 Ala Moana Blvd., Room 6-100
                                       Honolulu, HI   96850-4978

Dated:   July 18, 2006     /s/ Doron Weinberg
DORON WEINBERG (CA SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone:   (415)   431-3472
Facsimile:    (415)   552-2703
Attorneys for Defendant
GARY W. RODRIGUES


Dated: July 19, 2006     /s/ Julie Wall
JULIE WALL, Pretrial Services Officer
UNITED STATES PRETRIAL SERVICES

**IT IS SO ORDERED:**


Dated: July 20, 2006



David Alan Ezra
United States District Judge

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

2