UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARY W. RODRIGUES, et. al., )<br>)<br>Defendants. )<br>_____ ) | No. CR 01-00078 DAE<br><br>STIPULATION PERMITTING<br>TRAVEL OUTSIDE DISTRICT;<br>(PROPOSED) ORDER |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of a family vacation, from the District of Hawaii to Bend, Oregon (District of Oregon) from December 27, 2006 through January 13, 2007, and then traveling from Bend, Oregon to Las Vegas, Nevada on January 13, 2007 and returning to the District of Hawaii on January 17, 2007. While in Oregon, Mr. Rodrigues will be staying at 18045 Skyliners Road, Bend, OR. Mr. Rodrigues' cell number, where he can be reached is (808) 348-0200. Although arrangements have not been finalized for the time when he will be in Las Vegas, Nevada, Mr. Rodrigues will provide Julie Wall, his

///

///

///

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

1

Pretrial Services Officer with his itinerary once it is finalized.

Dated:  December 7, 2006         By:  /s/ Florence Nakakuni
                                      FLORENCE T. NAKAKUNI
                                      Assistant United States Attorney
                                      PJKK Federal Building & Courthouse
                                      300 Ala Moana Blvd., Room 6-100
                                      Honolulu, HI   96850-4978


Dated:  December 7, 2006              /s/ Doron Weinberg
                                      DORON WEINBERG (CA SBN 046131)
                                      WEINBERG & WILDER
                                      523 Octavia Street
                                      San Francisco, CA 94102
                                      Telephone:   (415)  431-3472
                                      Facsimile:    (415)  552-2703
                                      Attorneys for Defendant
                                      GARY W. RODRIGUES


Dated: December 7, 2006               /s/ Julie Wall
                                      JULIE WALL, Pretrial Services Officer
                                      UNITED STATES PRETRIAL SERVICES

**IT IS SO ORDERED:**


Dated:_____         _____
                                      HONORABLE DAVID A. EZRA
                                      JUDGE, U.S. DISTRICT COURT

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

3