# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2006

at 8 o'clock and 3 min. A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-00078 DAE |
| Plaintiff, ) | STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT; |
| vs. ) | (PROPOSED) ORDER |
| GARY W. RODRIGUES, et. al., ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of a family vacation, from the District of Hawaii to Bend, Oregon (District of Oregon) from December 27, 2006 through January 13, 2007, and then traveling from Bend, Oregon to Las Vegas, Nevada on January 13, 2007 and returning to the District of Hawaii on January 17, 2007. While in Oregon, Mr. Rodrigues will be staying at 18045 Skyliners Road, Bend, OR. Mr. Rodrigues' cell number, where he can be reached is (808) 348-0200. Although arrangements have not been finalized for the time when he will be in Las Vegas, Nevada, Mr. Rodrigues will provide Julie Wall, his

///

///

///

Pretrial Services Officer with his itinerary once it is finalized.

Dated: December 7, 2006   By: /s/ Florence Nakakuni
FLORENCE T. NAKAKUNI
Assistant United States Attorney
PJKK Federal Building & Courthouse
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850-4978

Dated: December 7, 2006   /s/ Doron Weinberg
DORON WEINBERG (CA SBN 046131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Attorneys for Defendant
GARY W. RODRIGUES

Dated: December 7, 2006   /s/ Julie Wall
JULIE WALL, Pretrial Services Officer
UNITED STATES PRETRIAL SERVICES

**IT IS SO ORDERED:**

Dated: DEC 1 1 2006
_____
HONORABLE DAVID A. EZRA
JUDGE, U.S. DISTRICT COURT

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

2

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078

3