UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GARY W. RODRIGUES, et al.,<br><br>　　　　　Defendants. | No. CR-01-00078-DAE<br><br>**STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT**; **[PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of personal business, from the District of Hawaii to Las Vegas from July 26, 2007 through July 30, 2007, then to Las Vegas, Nevada to Redmond/Bend, Oregon on July 30, 2007 through August 1, 2007, then from Redmond/Bend, Oregon to Seattle, Washington on August 1, 2007, and returning to the District of Hawaii on August 2, 2007.  Mr. Rodrigues' cell number, where he can be reached

///

///

///

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et al.)
Case No. CR-01-00078-DAE　　　　　　　　　1

is (808) 348-0200. Although final agreements have not been made, Mr. Rodrigues will provide Julie Wall, his Pretrial Services Officer, with his itinerary once it is finalized.

Dated: July 19, 2007    By:    /s/ Florence T. Nakakuni  
FLORENCE T. NAKAKUNI  
Assistant United States Attorney  
PJKK Federal Building & Courthouse  
300 Ala Moanna Blvd., Room 6-100  
Honolulu, HI 96850

Dated: July 19, 2007        /s/ Doron Weinberg  
DORON WEINBERG (SBN 046131)  
WEINBERG & WILDER  
523 Octavia Street  
San Francisco, CA 94102  
Telephone: (415) 431-3472  
Facsimile: (415) 552-2703  
Attorneys for Defendant  
GARY W. RODRIGUES

Dated: July 19, 2007        /s/Julie Wall  
JULIE WALL  
Pretrial Services Officer  
United States Pretrial Services

**IT IS SO ORDERED.**

Dated: _____        _____  
HONORABLE DAVID A. EZRA  
JUDGE, U.S. DISTRICT COURT

Stipulation Permitting Travel Outside District;  
Order (USA v. Gary W. Rodrigues, et al.)  
Case No. CR-01-00078-DAE            2