UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>  vs. )<br>  )<br>GARY W. RODRIGUES, et al., )<br>  )<br>    Defendants. )<br>_____ ) | No. CR-01-00078-DAE<br><br>**STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT**; **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of personal business, from the District of Hawaii to Las Vegas from July 26, 2007 through July 30, 2007, then to Las Vegas, Nevada to Redmond/Bend, Oregon on July 30, 2007 through August 1, 2007, then from Redmond/Bend, Oregon to Seattle, Washington on August 1, 2007, and returning to the District of Hawaii on August 2, 2007. Mr. Rodrigues' cell number, where he can be reached

///

///

///

1  is (808) 348-0200.  Although final agreements have not been made, Mr. Rodrigues will provide

2  Julie Wall, his Pretrial Services Officer, with his itinerary once it is finalized.

Dated: July 19, 2007          By:     /s/ Florence T. Nakakuni
                                      FLORENCE T. NAKAKUNI
                                      Assistant United States Attorney
                                      PJKK Federal Building & Courthouse
                                      300 Ala Moanna Blvd., Room 6-100
                                      Honolulu, HI 96850

Dated: July 19, 2007                   /s/ Doron Weinberg
                                      DORON WEINBERG (SBN 046131)
                                      WEINBERG & WILDER
                                      523 Octavia Street
                                      San Francisco, CA 94102
                                      Telephone: (415) 431-3472
                                      Facsimile: (415) 552-2703
                                      Attorneys for Defendant
                                      GARY W. RODRIGUES

Dated: July 19, 2007                   /s/Julie Wall
                                      JULIE WALL
                                      Pretrial Services Officer
                                      United States Pretrial Services

**IT IS SO ORDERED.**

Dated:  Honolulu, Hawaii, July 20, 2007.

_____
David Alan Ezra
United States District Judge

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et al.)
Case No. CR-01-00078-DAE                    2