**FILED**

SEP 2 4 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. GARY WAYNE RODRIGUES, Defendant - Appellant. | No. 03-10549 <br><br> D.C. No. CR-01-00078-DAE <br> District of Hawaii, <br> Honolulu |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROBIN HAUNANI RODRIGUES SABATINI, Defendant - Appellant. | ORDER <br><br> No. 04-10027 <br><br> D.C. No. CR-01-00078-DAE <br> District of Hawaii, <br> Honolulu |

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 26 2007
DISTRICT OF HAWAII

Before: PREGERSON, KLEINFELD, and W. FLETCHER, Circuit Judges.

The motion to stay the mandate is DENIED.