


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

September 25, 2007

R E C E I V E D
CLERK U.S. DISTRICT COURT

SEP 27 2007

DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|-----|-------|-----------------|
| 03-10549 | USA v. Rodrigues | CR-01-00078-DAE |
| 04-10027 | USA v. Sabatini | CR-01-00078-DAE |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: David Vignol
Deputy Clerk

Enclosure(s)
cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
03-10549 USA v. Rodrigues

UNITED STATES OF AMERICA          Steven L. Lane, Esq.
      Plaintiff - Appellee        FAX 202/305-2202
                                  202/514-3740
                                  Ste. 6206
                                  [COR LD NTC gov]
                                  Steven L. Lane, Esq.
                                  (See above)
                                  [LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Civil Division/Appellate Staff
                                  950 Pennsylvania Ave., NW
                                  Washington, DC 20530


      v.

GARY WAYNE RODRIGUES             Doron Weinberg, Esq.
      Defendant - Appellant      FAX 415/552-2703
                                  415/431-3472
                                  [COR LD NTC ret]
                                  WEINBERG & WILDER
                                  523 Octavia Street
                                  San Francisco, CA 94102

INTERNAL USE ONLY: Proceedings include all events.
04-10027 USA v. Sabatini

UNITED STATES OF AMERICA            Florence T. Nakakuni, Esq.
        Plaintiff - Appellee         808-541-2850
                                      Suite 6100
                                      [COR LD NTC aus]
                                      Prince Kuhio Federal Building
                                      300 Ala Moana Blvd
                                      Honolulu, HI 96850

                                      Steven L. Lane, Esq.
                                      FAX 202/305-2202
                                      202/514-3740
                                      Ste. 6206
                                      [LD NTC gov]
                                      DOJ - U.S. DEPARTMENT OF
                                      JUSTICE
                                      Civil Division/Appellate Staff
                                      950 Pennsylvania Ave., NW
                                      Washington, DC 20530


    v.


ROBIN HAUNANI RODRIGUES             Dennis P. Riordan, Esq.
SABATINI                             FAX 415/552-2703
        Defendant - Appellant        415/431-3472
                                     [COR LD NTC ret]
                                     RIORDAN & HORGAN
                                     523 Octavia St.
                                     San Francisco, CA 94102