# United States Court of Appeals
## Ninth Circuit

Chambers of
**Andrew J. Kleinfeld**
Circuit Judge

Courthouse Square
250 Cushman Street, Suite 3-A
Fairbanks, Alaska 99701- 4665

Telephone (907) 456-0564
Facsimile  (907) 456-0284

October 11, 2007

United States District Court
Office of the Clerk
300 Ala Moana Blvd., Suite C-338
Honolulu, HI  96813

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 1 5 2007
DISTRICT OF HAWAII

Dear Clerk:

Enclosed you will find the record as indicated below.  Please sign and return this letter acknowledging receipt.

I have provided a self-addressed envelope for your convenience in responding.  Thank you.

Sincerely,

Barbara Frone
Judicial Assistant

cc:  Records Unit
Ninth Circuit

*     *     *     *     *     *     *     *     *     *     *

Records Received:

**US v. Rodrigues/Sabatini, 03-10549, 04-10027**
**DC No. CR-01-00078-DAE**
( 3 large boxes containing 8 volumes of clerk's records, and 33 volumes of transcripts)

_____
Name                           Date

Box 1 of 3