# United States Court of Appeals
## Ninth Circuit

Chambers of
**Andrew J. Kleinfeld**
Circuit Judge

Courthouse Square
250 Cushman Street, Suite 3-A
Fairbanks, Alaska 99701-4665

Telephone (907) 456-0564
Facsimile (907) 456-0284

October 11, 2007

United States District Court
Office of the Clerk
300 Ala Moana Blvd., Suite C-338
Honolulu, HI 96813

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 15 2007
DISTRICT OF HAWAII

Dear Clerk:

Enclosed you will find the record as indicated below. Please sign and return this letter acknowledging receipt.

I have provided a self-addressed envelope for your convenience in responding. Thank you.

Sincerely,

Barbara Frone
Judicial Assistant

cc: Records Unit
    Ninth Circuit

*   *   *   *   *   *   *   *   *   *   *

Records Received:

**US v. Rodrigues/Sabatini, 03-10549, 04-10027**
**DC No. CR-01-00078-DAE**
(3 large boxes containing 8 volumes of clerk's records, and 33 volumes of transcripts)

Name _____  Date _____

Box 2 of 3