# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  July 8, 2005

To:    United States Court of Appeals        Attn:  ( )      Civil
       For the Ninth Circuit
       Office of the Clerk                          (✓)     Criminal
       95 Seventh Street
       San Francisco, California 94103              ( )      Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CR 01-00078 DAE        Appeal No:    03-10549  ⌀4-10027

Short Title:    USA v. Rodriques

| | | |
|---|---|---|
| Clerk's Files in | 8 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 33 | volumes  (✓) original  ( ) certified copy |

1/8/02, 9/16/02, 9/27/02, 10/1/02, 10/2/02, 10/3/02, 10/8/02, 10/9/02, 10/10/02, 10/11/02, 10/22/02, 10/22/02, 10/23/02, 10/24/02, 10/25/02, 10/25/02, 11/5/02, 11/6/02, 11/7/02, 11/8/02, 11/8/02 - SEALED, 11/12/02, 11/13/02, 11/14/02, 11/15/02, 11/18/02, 11/19/02, 11/20/02, 11/27/02, 12/2/02, 1/22/03 - SEALED, 9/30/03, 12/9/03

| | | |
|---|---|---|
| Exhibits | | volumes () under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 4: #160, #182, #195 & #258

Acknowledgment: _____ S·DANS _____    Date: _____

FILED
JUL 1 1 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: All Counsel of record