DORON WEINBERG     (CA SBN 46131)
WEINBERG & WILDER
523 Octavia Street
 San Francisco, CA  94102
Telephone:  (415) 431-3472

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ               1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI         7945
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Defendant
GARY W. RODRIGUES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 01-00078 DAE |
| | ) | |
| Plaintiff, | ) | MOTION OF DEFENDANT |
| | ) | GARY W. RODRIGUES TO |
| vs. | ) | DELAY MITTIMUS; DECLAR- |
| | ) | ATION OF ERIC A. SEITZ; |
| GARY W. RODRIGUES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION OF DEFENDANT GARY W.
RODRIGUES  TO DELAY MITTIMUS

Defendant Gary W. Rodrigues, by and through his undersigned attorneys, hereby moves the Court for an Order delaying the mittimus in the above entitled matter from January 7, 2008, to April 1, 2008.  This motion is brought pursuant to Rule 47, Federal Rules of Criminal Procedure, and is based upon the attached declaration of counsel and the records and files herein.

DATED:  Honolulu, Hawaii,  December 7, 2007.

/s/ Eric A. Seitz
DORON WEINBERG
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Defendant
GARY W. RODRIGUES