CERTIFICATE OF SERVICE

DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

>FLORENCE T. NAKAKUNI, ESQUIRE
>Assistant U.S. Attorney
>District of Hawaii
>300 Ala Moana Boulevard, Room 6-200
>Honolulu, Hawaii  96850
>E-Mail: florence.nakakuni@usdoj.gov
>
>Attorney for United States of America

DATED:   Honolulu, Hawaii, December 7, 2007.

>/s/ Eric A. Seitz
>ERIC A. SEITZ