DORON WEINBERG     (CA SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA  94102
Telephone:  (415) 431-3472

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI        7945
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Defendant
GARY W. RODRIGUES


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 01-00078  DAE |
| ) | |
| Plaintiff, ) | MEMORANDUM OF DEFEND- |
| ) | ANT GARY W. RODRIGUES |
| vs. ) | IN OPPOSITION TO GOVERN- |
| ) | MENT'S MOTION TO DIS- |
| GARY W. RODRIGUES, ) | BURSE FUNDS TO SATISFY |
| ) | FINES AND RESTITUTION |
| Defendant. ) | ORDER; DECLARATION OF |
| ) | ERIC A. SEITZ; EXHIBITS 1 |
| ) | AND 2; CERTIFICATE OF |
| ) | SERVICE |
| _____) | |

MEMORANDUM OF DEFENDANT GARY W. RODRIGUES
IN OPPOSITION TO GOVERNMENT'S MOTION TO DIS-
BURSE FUNDS TO SATISFY FINES AND RESTITUTION ORDER

Defendant Gary W. Rodrigues, hereby opposes the Government's motion to disburse funds which is, in effect, an untimely motion to reconsider this Court's earlier Order Affirming Sentence of Defendant Gary Wayne Rodrigues and Setting Mittimus filed on October 31, 2007. In that Order, attached hereto as Exhibit 1, the Court determined that any payment plan while Mr. Rodrigues is incarcerated "is an issue for the Bureau of Prisons."

Thereafter, in a payment agreement executed on January 31, 2008, attached hereto as Exhibit 2, the Bureau of Prisons properly determined that Mr. Rodrigues would pay the amount of twenty-five dollars ($25.00) quarterly toward his accumulated fines and restitution. It is respectfully submitted that the Court does not have jurisdiction to review or alter any action of the Bureau of Prisons as to the repayment schedule and/or to order the release of other funds that were to be held only as security for Mr. Rodrigues' obligations, and not to be utilized to satisfy those obligations.

Accordingly, the Government's motion to disburse funds should be denied.

DATED: Honolulu, Hawaii, August 26, 2008.

        /s/ Eric A. Seitz
        DORON WEINBERG
        ERIC A. SEITZ
        LAWRENCE I. KAWASAKI
        DELLA A. BELATTI

        Attorneys for Defendant
        GARY W. RODRIGUES