IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00078 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ERIC |
| | ) | A. SEITZ; EXHIBITS 1 |
| GARY W. RODRIGUES, | ) | AND 2 |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF ERIC A. SEITZ

ERIC A. SEITZ hereby declares under penalty of perjury as follows:

(1)   I am one of the local counsel for Defendant Gary W. Rodrigues in the above entitled matter.

(2)   Attached hereto as Exhibit 1 is a true and correct copy of the Court's Order Affirming Sentence of Defendant Gary Wayne Rodrigues and Setting Mittimus filed on October 31, 2007.

(3)   I am informed that pursuant to the Court's Order Mr. Rodrigues surrendered to and has remained in the custody of the Bureau of Prisons since January, 2008.

(4)   Attached hereto as Exhibit 2 is a true and correct copy of a Bureau of Prisons document by which it was determined and agreed that during the period of his incarceration Mr. Rodrigues was capable of paying and would be

required to pay the sum of twenty-five dollars ($25.00) toward his accumulated fines and restitution.

DATED:  Honolulu, Hawaii, August 26, 2008.

/s/ Eric A. Seitz
ERIC A. SEITZ