**Management & Training Corporation** (MTC)

## INMATE FINANCIAL RESPONSIBILITY PROGRAM
## INMATE FINANCIAL PLAN

INMATE NAME: RODRIGUES, GARY WAYNE     REGISTER NUMBER: 88056-022

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM. I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO HAVE FUNDS AUTOMATICALLY WITHDRAWN FROM MY ACCOUNT. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

### FINANCIAL OBLIGATIONS OWED:

OBLIGATION TYPE: ASSESSMENT     FINE     RESTITUTION

DATE OBLIGATION IMPOSED: 9-30-03

OBLIGATION AMOUNT: 10,100.00     50,000.00     378,103.63 BALANCE: 438,203.63

### PAYMENT AGREEMENT:

* PAYMENTS WILL BE WITHDRAWN FROM YOUR TCI ACCOUNT ON THE SECOND MONDAY OF EACH MONTH FOR WHICH THERE IS A PAYMENT DUE. *

I HEREBY AGREE TO THE FOLLOWING PAYMENT ARRANGEMENTS:

PAYMENT AMOUNT: 25.00

FREQUENCY OF PAYMENTS: QUARTERLY

BEGINNING DATE OF PAYMENTS: 3-10-08

ADDRESS FOR PAYMENTS TO BE SENT TO: US COURT DIT OF HAWAII
PJKK FEDERAL BLDG-RM 6100
300 ALA MOANA BLVD. HONOLULU, HI 96850-4978

DOCKET #: 1:01CR00078-001

GARY WAYNE RODRIGUES     [signature]     1/31/08
INMATE NAME (PRINTED)     INMATE SIGNATURE     DATE SIGNED

This area must be filled out and dated !!!!!! By staff and inmate!!!!

T FARIAS     [signature]     1/31/08
STAFF WITNESS NAME & TITLE (PRINTED)     STAFF SIGNATURE     DATE SIGNED

Original: Central file  /  Copy: TCI- Business Office  /  Copy: Inmate

CP-031

EXHIBIT 2