<u>CERTIFICATE OF SERVICE</u>

DO HEREBY CERTIFY that one copy of the within was duly served this date by CM/EFC or U.S. Mail to each of the following at the addresses listed below:

    FLORENCE T. NAKAKUNI, ESQUIRE    (Via CM/ECF)
    Assistant U.S. Attorney
    District of Hawaii
    300 Ala Moana Boulevard, Room 6-200
    Honolulu, Hawaii 96850
    florence.nakakuni@usdoj.gov

    Attorney for United States of America

    PAUL J. CUNNEY, ESQUIRE    (Via U.S. Mail)
    Central Pacific Bank Building
    220 S. King Street, Suite 2290
    Honolulu, Hawaii 96813

    Attorney for Defendant
    Robin Haunani Rodrigues Sabatini

DATED:    Honolulu, Hawaii, August 26, 2008.

    /s/ Eric A. Seitz
    ERIC A. SEITZ