# Eric A. Seitz, Attorney At Law
### A LAW CORPORATION

Eric A. Seitz
Lawrence I. Kawasaki

'04 MAY 12 P3:45

May 12, 2004

Florence T. Nakakuni, Esquire
Assistant U.S. Attorney
PJKK Federal Building & Courthouse
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850

Re: U.S.A vs. Gary W. Rodrigues;
    Cr. No. 01-00078 DAE

Dear Flo:

This letter contains the details of the proposal that I made at the most recent hearing before Judge Ezra.

Mr. Rodrigues will convert his entire pension into an IRA. Of that amount a certain portion to cover his fine, assessments, and restitution will be placed into a money market account to be held separately by the bank, accrue interest, and be held subject to the further order of the Court. By that means all of Mr. Rodrigues financial obligations under the criminal judgment effectively will be guaranteed and can be satisfied if and when the pending appeal is resolved.

In return for the foregoing the government will release all funds that have been garnished to date, including any garnishments of Mr. Rodrigues' daughter, Robin, and will release its liens on Mr. Rodrigues' properties and his checking account.

Due to Mr. Rodrigues' urgent financial needs we need to have your immediate response to the foregoing.

Sincerely,

Eric A. Seitz

cc  Gary Rodrigues
    Doron Weinberg, Esq.

**EXHIBIT 2**