cc Lisa/Shari
Flu

# Eric A. Seitz, Attorney At Law
A LAW CORPORATION

Eric A. Seitz
Lawrence I. Kawasaki

'04 MAY 12 P3:45

May 12, 2004

Honorable David A. Ezra
Chief Judge
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: United States of America vs. Gary W. Rodrigues; Cr. No. 01-00078 DAE

Dear Judge Ezra:

Notwithstanding the Court's most recent Order filed April 29, 2004, in the above referenced matter we have not yet received the "expedited" resolution of the garnishment issues that we have been raising over the past five months. If Magistrate Judge Chang is not going to issue an appropriate ruling forthwith we request that you reconsider and rule upon the matter as soon as possible.

Sincerely yours,

Eric A. Seitz

cc   Magistrate Judge Kevin S.C. Chang

Florence T. Nakakuni, Esq. ✓
Assistant U.S. Attorney

Doron Weinberg, Esq.

Gary W. Rodrigues

**EXHIBIT 3**

820 MILILANI STREET SUITE 714, HONOLULU, HAWAII 96813 PHONE: (808) 533-7434 FAX: (808) 545-3608