

# UNITED STATES DISTRICT COURT

CHAMBERS OF
DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-400
HONOLULU, HAWAII 96850-0400

TELEPHONE
(808) 541-1907
FACSIMILE
(808) 541-3575

May 13, 2004

Eric A. Seitz, Esq.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

        Re: **Cr. No. 01-00078 DAE**
            **USA v. Gary W Rodrigues**

Dear Mr. Seitz:

    I am in receipt of your May 12, 2004 letter regarding the resolution of the garnishment issue. Our court owes you, your client, as well as the United States, an apology for the inexcusable delay which resulted from a miscommunication within the Clerk's Office regarding this matter.

    Judge Chang was under the impression that I still had the matter and I was under the impression that it was designated to Judge Chang and he was in the process of ruling. As it turned out, my order was never transmitted to Judge Chang. Therefore, it was not Judge Chang's fault that he was not following my order to expedite his ruling.

    I can assure you that Judge Chang now has this matter under consideration and an expedited ruling from him to be forthcoming in the near future.

Very truly yours,

David Alan Ezra
Chief United States District Judge

DAE:ch

cc:   Magistrate Judge Kevin S.C. Chang
        AUSA Florence T. Nakakuni
        Doron Weinberg, Esq.

**EXHIBIT 4**