# Eric A. Seitz, Attorney At Law
A LAW CORPORATION

Eric A. Seitz
Lawrence I. Kawasaki

## Facsimile Cover Sheet

Date: 6/9/04     Time: 10:10am     No. of Pages Including cover: 5

To: Flo Nakakuni

Firm: _____

Fax No.: 541-2958

From: Eric Seitz

Subject: Gary Rodrigues

_____

_____

_____

**Routing Instructions:**

Urgent         _____
Not Urgent     _____
Please Respond _____

Other:

**EXHIBIT 7**

Original to follow:   ( ) Yes     ( ) No

820 MILILANI STREET SUITE 714, HONOLULU, HAWAII 96813 PHONE: (808) 533-7434 FAX: (808) 545-3608

DORON WEINBERG   CA 46131
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

JOHN FRANCIS PERKIN   1673
BRANDEE J. FARIA   6970
Davies Pacific Center
Suite 2000
841 Bishop Street
Honolulu, HI 96813
Telephone: (808) 523-2300

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ   1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street
Suite 714
Honolulu, HI 96813
Telephone: (808) 533-7434

Attorneys for Defendant
Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>GARY W. RODRIGUES, et al,<br><br>        Defendants. | CR. NO. 01-00078 DAE<br><br>STIPULATION RE GARNISHMENT OF FUNDS AND ORDER |

STIPULATION RE GARNISHMENT OF FUNDS

IT IS HEREBY STIPULATED AND AGREED, by and between

the parties hereto, through their respective undersigned attorneys, that the First Hawaiian Bank, as depository for pension funds for Defendant Gary W. Rodrigues, shall be instructed immediately upon receipt of this Stipulation and Order to establish two separate IRA accounts in the name of Gary W. Rodrigues and deposit the sum of $428,103.63 into one of the two accounts to be held thereafter by First Hawaiian Bank and be dispersed, with accrued interest thereupon, at such time as the Court shall order, only to the Clerk of the United States District Court and thereupon applied to the fines and restitution ordered herein.

IT IS FURTHER STIPULATED AND AGREED that any portion of the pension funds referred to above shall not be dispersed or paid to Defendant Rodrigues or anyone else without the Court's prior written direction.

IT IS FURTHER STIPULATED AND AGREED that any other pension accounts or funds in which Defendant Rodrigues' may have any interest, in excess of $428, 103.63, shall not be and are not subject to garnishment by the government in this matter and may be dispersed as Mr. Rodrigues shall direct.

IT IS FURTHER STIPULATED AND AGREED that in the event Defendant Rodrigues is able to satisfy all or some portions of the fines and restitution ordered herein from other sources, equivalent amounts of the pension funds held pursuant to this Stipulation and Order may become subject to release to him as the Court may allow.

IT IS FURTHER STIPULATED AND AGREED that all funds previously garnished by the government herein shall be released and returned to Defendant Rodrigues except for the amount of $10,100 as and for special assessments which shall be deducted and paid therefrom.

DATED: Honolulu, Hawaii, May \_\_\_\_, 2004.

 

DORON WEINBERG
JOHN FRANCIS PERKIN
BRANDEE J. FARIA
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues

 

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

Attorney for Plaintiff
United States of America

ACCEPTED AND APPROVED:

FIRST HAWAIIAN BANK

UNITED STATES OF AMERICA VS. GARY W. RODRIGUES, ET AL; CR. NO. 01-00078 DAE; STIPULATION RE GARNISHMENT OF FUNDS AND ORDER

PAGE THREE

-3-

APPROVED AND SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA VS. GARY W. RODRIGUES, ET AL; CR. NO. 01-00078 DAE; STIPULATION RE GARNISHMENT OF FUNDS AND ORDER

PAGE FOUR

-4-